IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IVAN D. PALACIOS DIAZ, | ) | Case No. 1:26-cv-1575 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| SECRETARY, UNITED STATES, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

On July 8, 2026, Plaintiff filed a complaint seeking an order from the Court compelling Defendants to perform their duties relating to the adjudication of Plaintiff's I-130 Application. ECF Doc. 1. On July 30, 2026, after Defendants had been notified of the Complaint, the Court issued an order requiring Defendants to file a report indicating that Plaintiff's I-130 application had been processed or providing an explanation as to why it had not been processed. *See* July 30, 2026 non-doc order. On August 26, 2026, Defendants complied with the Court's order and filed a status report stating that Plaintiff's I-130 application has been approved. ECF Doc. 8.

Upon due consideration of Plaintiff's complaint and Defendant's status report, the Court finds that it has provided the relief requested by the Plaintiff. Accordingly, the Court hereby DISMISSES Plaintiff's complaint as moot. IT IS SO ORDERED.

Dated: August 31, 2026

*s/Dan Aaron Polster*
United States District Judge